# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153420-1(69)(70)

TEDDY 23, LLC, and MICHIGAN TAX CREDIT
FINANCE, LLC, d/b/a MICHIGAN PRODUCTION
CAPITAL,
      Plaintiffs-Appellants,

v

      SC: 153420-1
      COA: 323299; 323424
      Ingham CC: 14-000702-AA
      Court of Claims: 14-000039-MT

MICHIGAN FILM OFFICE and DEPARTMENT
OF TREASURY,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motions of defendant-appellee Michigan Film Office to supplement the record and for immediate consideration are GRANTED. The supplement to the record that was submitted on February 24, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    March 29, 2017    

                             Clerk